# WILLIAM VALANDSCHOOT

*v.*

## JOHN C. ADAMS.

1. NEW TRIAL—*verdict against the evidence.* In this case, the verdict of the jury is regarded as fully sustained by the evidence.

2. JURY—*credibility of witness.* The question whether a witness is entitled to belief, is for the jury to determine.

APPEAL from the Circuit Court of Rock Island county; the Hon. GEORGE W. PLEASANTS, Judge, presiding.

This was an action brought by John C. Adams against William Valandschoot, to recover the sum of $25 lost by the plaintiff and alleged to have come into the hands of the defendant.

A trial by jury resulted in a verdict and judgment in favor of the plaintiff for the amount claimed.

To reverse this judgment the defendant appeals.

Mr. JOHN B. HAWLEY and Mr. WILLIAM H. GEST, for the appellant.

Messrs. SWEENEY & JACKSON, for the appellee.

Per CURIAM: We are asked to reverse this judgment solely on the ground that the verdict is against the evidence. It is not against, but clearly sustained by the evidence, if the testimony of Buse can be believed. Upon that question the jury were, surely, the proper judges. They had the witness before them, and thought him entitled to belief, and there is nothing in this record showing he was not. No attempt was made to impeach his character, and the statements which several witnesses swear he made to them at different times during the last two years, in regard to the matter in controversy, only differ from his evidence in minor and immaterial particulars.

*Judgment affirmed.*